IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA-20-0280

IN THE MATTERS OF:

A.C., R.G., A.S., and R.S.,

Youths in Need of Care.

## ORDER GRANTING EXTENSION

Having reviewed counsel's motion and affidavit, and for good cause showing,

IT IS HEREBY ORDERED that Appellant/Father is granted an extension of time, until August 31, 2020, to prepare, file, and serve his opening brief in this matter.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 28 2020